**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

O

Attorney Bar #217035
Attorneys for Francisco Manzo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MANZO, | No. SACV10-01848 OP |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |
| v | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of THREE THOUSAND FIVE HUNDRED NINETY-NINE DOLLARS and EIGHTY-TWO CENTS ($3,599.82) under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d) and costs in the amount of NINETEEN DOLLARS and NINETY-EIGHT CENTS ($19.98) under 28 U.S.C. section 1920.

Dated: 9/23/11

_____
THE HONORABLE OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE