**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

O

Attorney Bar #217035
Attorneys for Francisco Manzo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MANZO,<br><br>  Plaintiff,<br><br>  v<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | No. SACV10-01848 OP<br><br>ORDER<br>AWARDING EQUAL ACCESS<br>TO JUSTICE ACT ATTORNEY<br>FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of THREE THOUSAND FIVE HUNDRED NINETY-NINE DOLLARS and EIGHTY-TWO CENTS ($3,599.82) under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d) and costs in the amount of NINETEEN DOLLARS and NINETY-EIGHT CENTS ($19.98) under 28 U.S.C. section 1920.

Dated: 9/23/11

_____
THE HONORABLE OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE

1